IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-619-GCM

| | |
|---|---|
| MCCULLOUGH HARRIS, LLC, ) | |
|          Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| RECAP INVESTMENTS XI-FUND A, ) | |
| L.P., *et al*, ) | |
|          Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Stanford R. Solomon** to appear *Pro Hac Vice*, dated December 15, 2010 [doc #12].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Solomon has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 22, 2010

Graham C. Mullen
United States District Judge