IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-619-GCM

MCCULLOUGH HARRIS, LLC, )
        Plaintiff, )
v. )  ORDER GRANTING
 )  ADMISSION PRO HAC VICE
RECAP INVESTMENTS XI-FUND A, )
L.P., *et al*, )
        Defendants. )

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Jonathan L. Hochman** to appear *Pro Hac Vice*, dated December 16, 2010 [doc #13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Hochman has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 22, 2010

Graham C. Mullen
United States District Judge