IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-619-GCM

| | |
|---|---|
| MCCULLOUGH HARRIS, LLC,<br>    Plaintiff,<br> v.<br><br>RECAP INVESTMENTS XI-FUND A,<br>L.P., *et al*,<br>    Defendants. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Matthew A. Katz** to appear *Pro Hac Vice*, dated December 16, 2010 [doc #14].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Katz has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 22, 2010

Graham C. Mullen
United States District Judge